# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DONTE D'SHAUN TAYLOR, #367794 | § |
| | § Civil Action No. 4:22-CV-261 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COLLIN COUNTY DETENTION | § |
| FACILITY, ET AL. | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2022, the report of the Magistrate Judge (Dkt. #7) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Donte D'Shaun Taylor's complaint against Defendants Collin County Detention Facility, Wellpath Care, Officer FNU Epperly-Parker, and Nurse Kimberly LNU be dismissed without prejudice under Federal Rules of Civil Procedure 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Donte D'Shaun Taylor's complaint against Defendants Collin County Detention Facility, Wellpath Care, Officer FNU Epperly-Parker, and Nurse Kimberly LNU is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 6th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE